# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERNAL ALSTON,** : | **CIVIL ACTION NO. 1:06-CV-1437** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** : | |
| **DEPARTMENT OF CORRECTIONS,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 10th day of August, 2006, upon consideration of plaintiff's first motion (Doc. 8) for leave to amend his complaint, and it appearing that no responsive pleading has been served[1], it is hereby ORDERED that:

1. The motion (Doc. 8) for leave to amend is GRANTED.

   a. The Clerk of Court is directed to send to plaintiff *via* first class mail a copy of the form to be used by a prisoner in filing a civil rights complaint.

   b. Plaintiff shall utilize the form complaint and file on or before August 25, 2005, an amended complaint in accordance with the Federal Rules of Civil Procedure. See FED. R. CIV. P. 8, 20.

   c. The amended complaint shall carry the same civil docket number presently assigned to this matter.

---

[1] "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . ." FED. R. CIV. P. 15(a).

   d. The amended complaint shall be a short, plain, and concise statement of the claim and, shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed.  Fed.R.Civ.P. 8(e)(1).

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 4) is DENIED.[2]

      S/ Christopher C. Conner
     CHRISTOPHER C. CONNER
     United States District Judge

---

[2] Plaintiff paid the full filing fee in this matter.  (See Docs. 2, 9).