# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERNAL ALSTON,** : | **CIVIL ACTION NO. 1:06-CV-1437** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** : | |
| **DEPARTMENT OF CORRECTIONS,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 10th day of August, 2006, upon consideration of plaintiff's motion for appointment of counsel (Doc. 3), and it appearing from the complaint and motions filed by plaintiff (Docs. 4, 8) that plaintiff is capable of properly and forcefully prosecuting his claims with adequate factual investigation and appropriate citations to governing authority and that resolution of the facial merit of plaintiff's claims neither implicates complex legal or factual issues nor requires factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that the motion (Doc. 3) is DENIED. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff. See id.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge