## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNAL ALSTON,** | : | **CIVIL ACTION NO. 1:06-CV-1437** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **LAWRENCE F. MURRAY, ET AL.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 27th day of March, 2007, upon consideration of "Defendants'

motion to strike memorandum of law and supporting exhibits and to dismiss

amended complaint" (Doc. 21), or in the alternative for a more definite statement

pursuant to FED. R. CIV. P. 12(e) (Doc. 21, p. 7), and plaintiff having filed no

opposition to that motion, it is hereby ORDERED that:

1. Defendants' motion (Doc. 21) is DEEMED unopposed. <u>See</u> L.R. 7.6.

2. Defendants' motion to strike plaintiff's memorandum of law and
   supporting exhibits is GRANTED.  The Clerk of Court is directed to
   STRIKE these documents from the record.

3. Defendants' motion for a more definite statement pursuant to FED. R.
   CIV. P. 12(e) is GRANTED.

4. The Clerk of Court is directed to forward to plaintiff a civil rights
   complaint form.  Plaintiff shall FILE an amended complaint, utilizing
   the enclosed civil rights form, on or before April 10, 2007.

5. The amended complaint shall contain the same caption and number as
   is already assigned to this action and shall be direct, concise, and shall
   stand alone without reference to any other document filed in this
   matter.  FED.R.CIV.P. 8(e)(1).

6.      Defendants' motion to dismiss is HELD IN ABEYANCE pending the
        filing of the amended complaint.

7.      Failure to file an amended complaint, and to comply with the specified
        pleading requirements set forth in the Federal Rules of Civil
        Procedure, within the identified time period, will result in the motion
        to dismiss being granted and dismissal of the action in its entirety.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge