IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNAL ALSTON,** | : | CIVIL ACTION NO. 1:06-CV-1437 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **LAWRENCE F. MURRAY, ET AL.**, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 25th day of April, 2007, upon consideration of defendants' motion to dismiss (Doc. 21), which was held in abeyance (Doc. 24) pending the filing of an amended complaint, and it appearing that plaintiff has failed to file an amended complaint within the specified time period, and plaintiff having been warned that his failure to file an amended complaint, as ordered, would result in the motion to dismiss being granted and dismissal of the action in its entirety, it is hereby ORDERED that:

1. Defendants' motion (Doc. 21) to dismiss pursuant to FED. R. CIV. P. 12 is GRANTED.

2. The Clerk of Court is directed to CLOSE this case.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge